**SOTIRIOS AMPATIS et al v. COMPANIA MARITIMA SAMSOC LTDA., S. A., et al.**

**THE ANDREAS.**

United States District Court
S. D. New York.

April 30, 1951.

734

Arkin, Lebovici & Kottler, New York City, Herbert Lebovici, New York City, of counsel, for libelants.

Frederick H. Cunningham, New York City, Victor S. Cichanowicz, Brooklyn, N. Y., of counsel, for respondents.

IRVING R. KAUFMAN, District Judge.

Motion for reargument granted.

Motion for an order modifying the order entered herein overruling the first three exceptions to the libel dated March 10, 1950 is granted to the extent that the libelants must plead authority to represent other claimants. Wahlborg v. American S. S. Co., D.C.S.D.N.Y., 1938, 94 F. Supp. 698; Totolos v. Compania De Navegacion Cristobal, D.C.S.D.N.Y., 1950, 94 F. Supp. 699. Libelants shall serve their amended pleading within ten days. So ordered.